IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARL WARNER,**<br><br>Plaintiff,<br><br>v.<br><br>**M. CATE, et al.,**<br><br>Defendants. | Case No. C 11-5039 YGR (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

(PROPOSED is struck through)

    Defendants Y. Friedman, A. Solis, K. Kostecky, L. Trexler and R. Manuel filed a request for an extension of time of sixty (60) days, up to and including December 10, 2012, to file a dispositive motion.

    The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED, and the time for Defendants to file a dispositive motion is extended for sixty (60) days, through December 10, 2012. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than sixty (60) days from the date the dispositive motion is filed.

/ /

/ /

G:\PRO-SE\YGR\CR.11\Warner5039.grantEOT-MSJ.doc

1   A reply brief shall be filed no later than thirty (30) days after Plaintiff's opposition is filed.

2   IT IS SO ORDERED

3

4   Dated: September 30, 2012

    _____
    The Honorable Yvonne Gonzalez Rogers
    United States District Court Judge

G:\PRO-SE\YGR\CR.11\Warner5039.grantEOT-MSJ.doc