United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EARL WARNER,

                    Plaintiff,

          v.

MATHEW L. CATE, et al.,

                    Defendants.
_____/

No. 4:11-CV-05039 YGR (NJV)

ORDER AND WRIT OF HABEAS
CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of EARL WARNER, inmate no. E32637, presently in custody at R. J. Donovan Correctional Facility,  as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 3, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:     Warden, R. J. Donovan Correctional Facility

GREETINGS

WE COMMAND that you have and produce the body of EARL WARNER, inmate no.E32637, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, Vacaville, California,  on February 7, 2013, at 11:00 a.m. in order that said prisoner may then

**United States District Court**
For the Northern District of California

1  and there participate in the SETTLEMENT CONFERENCE in the matter of WARNER V. CATE, et

2  al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution,

3  or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody

4  of said prisoner, and further to produce said prisoner at all times necessary until the termination of the

5  proceedings for which his testimony is required in this Court;

6        Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

7  for the Northern District of California.

8

9  Dated: January 3, 2013

10                            RICHARD WIEKING
                          CLERK, UNITED STATES DISTRICT COURT

11

12                            By: Linn Van Meter
                              Administrative Law Clerk

13

14

15

16  Dated: January 3, 2013 

NANDOR J. VADAS
United St...



17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EARL WARNER,

        Plaintiff,

v.

MATHEW L. CATE, et al,

        Defendants.

_____/

No. 4:11-CV-05039 YGR (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 3, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dated: January 3, 2013

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas

3