UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EARL WARNER, | No. 4:11-CV-05039 YGR (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| MATHEW L. CATE, et al., | |
| Defendants. | |

A settlement conference was scheduled in this case for 11:00 a.m. on February 7, 2013, at Solano State Prison, in Vacaville, California. Despite the court's issuance of a writ for the appearance of Plaintiff, Plaintiff did not appear at that settlement conference.

A telephonic status conference is HEREBY SET for March 5, 2013, at 1:00 pm., to discuss the setting of a future settlement conference. Defense counsel is ORDERED to provide for the telephonic appearance of an appropriate CDCR official, able to discuss the CDCR's compliance with the court's writs requiring the presence of Plaintiff at settlement conferences. Defense counsel is FURTHER ORDERED to contact the appropriate institution and arrange for the telephonic appearance of Plaintiff.

To attend the telephonic status conference, the parties shall dial 605-475-4000 and enter access code 944910#.

IT IS SO ORDERED.

Dated: February 27, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EARL WARNER,

    Plaintiff,

v.

MATHEW L. CATE, et al,

    Defendants.

No. 4:11-CV-05039 YGR (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 27, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Earl Warner
E-32637
R.J. Donovan Correctional Facility
P.O. Box 799002
San Diego, CA 92179-9002

Jacqueline Ramirez, Litigation Coordinator
R. J. Donovan Correctional Facility
480 Alta Road
San Diego, CA  92179

(by fax also)

                /s/ *Linn Van Meter*
                Linn Van Meter
                Administrative Law Clerk to the
                Honorable Nandor J. Vadas