United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARL WARNER,

    Plaintiff,

    v

MATTHEW L. CATE et al,

    Defendants.

Case No. C 11-5039 YGR (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

    A settlement conference in this matter was NOT held on February 7, 2013 because plaintiff did not appear for the scheduled settlement conference. The matter is scheduled for hearing March 5, 2013 and will be reset at that time.

The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☐ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General

1. ☒ Other: California Department of Corrections and Rehabilitation
2. (2) The following individuals, parties, and/or representatives did not appear: Plaintiff
3. (3) The outcome of the proceeding was:
4. ☐ The case has been completely settled.
5. ☐ The case has been partially resolved and, on or before
6. _____, counsel for defendants shall file a joint stipulation specifying
7. those claims which have been resolved and those that remain to be resolved by the Court.
8. ☐ The parties agree to an additional follow up settlement on
9. _____.
10. ☐ The parties are unable to reach an agreement at this time.

Date: 2/28/13

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner, | Case Number: C 11-5039 YGR |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| Cate, | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Earl Warner**
E-32637
R.J. Donovan Correctional Facility
480 Alta Vista Rd.
P.O. Box 799003
San Diego, CA 92179-9003

Dated: February 28, 2013       RICHARD W. WIEKING, CLERK

                              By:/s/_____
                              Deputy Clerk

3