UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EARL WARNER,<br><br>       Plaintiff,<br><br>       v.<br><br>MATHEW L. CATE, et al.,<br><br>       Defendants.<br>_____/ | No. 4:11-CV-05039 YGR (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of EARL WARNER, inmate no. E32637, presently in custody at R. J. Donovan Correctional Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: March 7, 2013

                                                                          NANDOR J. VADAS<br>
                                                                          United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, R. J. Donovan Correctional Facility

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of EARL WARNER, inmate no.E32637, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, Vacaville, California, on May 23, 2013, at 9:00 a.m. in order that said prisoner may then

1 and there participate in the SETTLEMENT CONFERENCE in the matter of WARNER V. CATE, et
2 al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution,
3 or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody
4 of said prisoner, and further to produce said prisoner at all times necessary until the termination of the
5 proceedings for which his testimony is required in this Court;

6      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
7 for the Northern District of California.

9 Dated: March 7, 2013

10                             RICHARD WIEKING
                             CLERK, UNITED STATES DISTRICT COURT

12                             By: Linn Van Meter
                               Administrative Law Clerk

15 Dated: March 7, 2013



2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EARL WARNER,

        Plaintiff,

v.

MATHEW L. CATE, et al,

        Defendants.
                                          /

No. 4:11-CV-05039 YGR (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 7, 2013, I served a true and correct copy of the attached and a copy of document no. 48 by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Earl Warner
E-32637
R.J. Donovan Correctional Facility
P.O. Box 799002
San Diego, CA 92179-9002

Jacqueline Ramirez, Litigation Coordinator
R. J. Donovan Correctional Facility
P.O. Box 799006
San Diego, CA  92179-9006

(by fax also)

Dated: March 7, 2013

                                  /s/ *Linn Van Meter*
                                  Linn Van Meter
                            Administrative Law Clerk to the
                            Honorable Nandor J. Vadas