KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
MANEESH SHARMA
Deputy Attorney General
State Bar No. 280084
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5553
 Facsimile: (415) 703-1234
 E-mail: Maneesh.Sharma@doj.ca.gov
*Attorneys for Defendants Y. Friedman, A. Solis, K. Kostecky, L. Trexler, and R. Manuel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>                              Plaintiff,<br><br>          v.<br><br>M. CATE, et al.,<br><br>                              Defendants. | Case No. C 11-5039 YGR (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

Plaintiff Earl Warner and Defendants Friedman, Solis, Kostecky, Trexler, and Manuel have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

//

//

1

1  Dated: 5/23/13         _E. R. W_____
2                         Plaintiff Earl Warner
3
4  Dated: 5/23/13         _____
5                         Maneesh Sharma
                          Deputy Attorney General
6                         California Attorney General's Office
                          *Attorney for Defendants Y. Friedman, A. Solis, K.*
7                         *Kostecky, L. Trexler, and R. Manuel*

13 SF2012204706
   20695879.doc

                                    2

# CERTIFICATE OF SERVICE

Case Name:  **Warner v. Cate, et al.**           Case No.    **C 11-5039 YGR (PR)**

I hereby certify that on June 28, 2013, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 28, 2013, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participant:

Earl Warner
E-32637
R.J. Donovan Correctional Facility
480 Alta Vista Rd.
P.O. Box 799003
San Diego, CA 92179-9003

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 28, 2013, at San Francisco, California.

|  M. Xiang  |  /s/ M. Xiang  |
| :---: | :---: |
| Declarant | Signature |

20706154.doc