IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARL WARNER,

    Plaintiff,

vs.

MATTHEW L. CATE, et al.,

    Defendants.

No. C 11-05039 YGR (PR)

**ORDER DISMISSING ACTION WITH PREJUDICE**

This case was referred to Magistrate Judge Nandor Vadas for court-ordered settlement proceedings. On May 23, 2013, the parties appeared before Magistrate Judge Vadas for a settlement conference. In his "Report of Pro Se Prisoner Early Settlement Proceeding" dated May 29, 2013, Magistrate Judge Vadas informed the Court that "[t]he case has been completely settled." (May 29, 2013 Report at 2.)

On June 28, 2013, the Court received a copy of the "Stipulation for Voluntary Dismissal With Prejudice" signed by both parties. The signed stipulation states:

> Plaintiff Earl Warner and Defendants Friedman, Solis, Kostecky, Trexler, and Manuel have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(l)(A)(ii).

(Stipulation at 1.)

Accordingly, having been notified of the settlement and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein against all named Defendants are DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DATED: July 15, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.11\Warner5039.VOLdism.wpd