IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARL WARNER,

    Plaintiff,

vs.

MATTHEW L. CATE, et al.,

    Defendants.

No. C 11-05039 YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Dismissing Action With Prejudice ,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed with prejudice in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

DATED: July 15, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Warner5039.jud.wpd